**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-1851**

———————————

SHAWNEEQUA M. GRAHAM,

Plaintiff - Appellant,

versus

UNITED STATES NUCLEAR REGULATORY COMMISSION;
IVAN SELIN, Chairman,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge.
(CA-93-1808-DKC)

———————————

Submitted:  December 12, 1995      Decided:  January 4, 1996

———————————

Before MURNAGHAN, HAMILTON, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Shawneequa M. Graham, Appellant Pro Se.  David Ira Salem, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting Appellees' summary judgment motion in her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Graham v. United States Nuclear Regulatory Comm'n</u>, No. CA-93-1808-DKC (D. Md. Mar. 12, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2